IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION


OZZIE JAY BOCK, JR.                                                     PLAINTIFF


     v.                              Civil No. 07-5212


SHERIFF TIM HELDER;
DEPUTY NOLAN AKE;
and DEPUTY TRAVIS NICHOLS                                               DEFENDANTS


## ORDER

As it appears this case may be resolved on motion for summary judgment, the defendants

are directed to file such a motion on or before **June 26, 2008**.  Once the summary judgment

motion is filed, the court will prepare a questionnaire to assist the plaintiff in responding to the

motion.  For this reason, plaintiff is directed not to respond to the motion for summary judgment

until so ordered by the court.

IT IS SO ORDERED this 20th day of March 2008.


/s/ *J. Marschewski*
   HON. JAMES R. MARSCHEWSKI
   UNITED STATES MAGISTRATE JUDGE


-1-