```
              IN THE UNITED STATES DISTRICT COURT
                 WESTERN DISTRICT OF ARKANSAS
                      FAYETTEVILLE DIVISION
```

OZZIE JAY BOCK, JR.                                        PLAINTIFF

        v.            Civil No. 07-5212

SHERIFF TIM HELDER;
DEPUTY NOLAN AKE;
and DEPUTY TRAVIS NICHOLS                                  DEFENDANTS

### ORDER

Now on this 16th day of March, 2009, comes on for consideration the **Report and Recommendation of the Magistrate Judge** issued by the Honorable James Marschewski, United States Magistrate Judge for the Western District of Arkansas, (Doc. 18), to which there are no objections. The Court, being well and sufficiently advised, finds that the Report And Recommendation is sound in all respects, and should be adopted in its entirety.

IT IS THEREFORE ORDERED that Bock's claims are **dismissed on the grounds that he has failed to prosecute this action and comply with the order of the court.** *See* **Fed. R. Civ. P. 41(b).**

IT IS SO ORDERED.

                                       **/s/ Jimm Larry Hendren**
                                       JIMM LARRY HENDREN
                                       UNITED STATES DISTRICT JUDGE